UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: PAT A. DYER  Case No. <u>13-21073</u>
 Chapter 13
 Honorable: Daniel S. Opperman

       Debtor(s)
_____/

PAT A. DYER

       Plaintiff(s)

V  Adv Proc Case # 13-02150

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,
    Defendant(s)
_____/

**ORDER STRIPPING A STATE TAX LIEN ON PROPERTY
UNDER Sec 1322(b)(2) AND 506(a) OF THE BANKRUPTCY CODE**

    IT IS ORDERED that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 13-21073 the state tax lien dated <u>July 15, 2011</u>, covering the real and personal property of the debtor, now owned or property later acquired, and recorded in the Midland County Register of Deeds on July 27, 2011, Liber 1545, Page 599, will be stripped from the Property and discharged.

    IT IS FURTHER ORDERED that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 13-21073, the debtor may record a certified copy of the order, with a copy of the debtor's Chapter 13 discharge order attached, with the Midland County Register of Deeds, which will constitute and effectuate the discharge of the state tax lien.

    IT IS FURTHER ORDERED that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 13-21073 the order does not affect the validity or enforceability of the state tax lien and may not be used in any

subsequent bankruptcy case of the debtor either to compel the holder of the state tax lien to execute a release of the tax lien, or to otherwise act as a discharge of the state tax lien.

.

**Signed on November 12, 2013**

                                                                                **/s/ Daniel S. Opperman**
                                                                                **Daniel S. Opperman**
                                                                                **United States Bankruptcy Judge**