UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-NORTHERN DIVISION

**IN RE: PAT A. DYER**　　　　　　　　　　　　Case No: 13-21073
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor(s)　　　　　　　　　　　　　　HON. DANIEL S. OPPERMAN
_____/

**PAT A. DYER**
　　　　Plaintiff(s),　　　　　　　　　　　Adv. Pro No. 13-02150
vs.

**STATE OF MICHIGAN, DEPARTMENT OF TREASURY**
　　　　Defendant(s).
_____/

## STIPULATION SETTING ASIDE THE DEFAULT AS TO THE MICHIGAN DEPARTMENT OF TREASURY AND PROVIDING FOR A LIEN STRIP OF THE MICHIGAN DEPARTMENT OF TREASURY'S TAX LIENS AND DISMISSAL OF ADVERSARY CASE AGAINST THE MICHIGAN DEPARTMENT OF TREASURY

　　　IT IS HEREBY STIPULATED THAT the attached order be entered with the court.

Respectfully submitted by:

/s/ Jerold T. Coon
Jerold T Coon (P48633)
Attorney for Plaintiff
3820 Isabella St.
Midland, MI 48640
(989) 625-0969
jeroldcoon@hotmail.com

/s/ Moe Freedman
Moe Freedman (P74224)
Defendant-Assistant Attorney General
Revenue & Collections Division
Cadillac Place 3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202
Office (313) 456-0140
Freedmanm1@michigan.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

IN RE: PAT A. DYER             Case No: 13-21073
                                        Chapter 13
        Debtor(s)              HON. DANIEL S. OPPERMAN
_____/

PAT A. DYER
          Plaintiff(s),            Adv. Pro No. 13-02150
vs.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY
          Defendant(s).
_____/

**STIPULATION AND ORDER SETTING ASIDE THE DEFAULT AND FOR LIEN STRIP OF THE MICHIGAN DEPARTMENT OF TREASURY'S TAX LIENS AND DISMISSAL OF ADVERSARY CASE AGAINST THE MICHIGAN DEPARTMENT OF TREASURY**

This matter having come on to be heard upon the stipulation by Debtors and the Michigan Department of Treasury; having reached an agreement as evidenced by the signatures of their respective counsel:

**IT IS ORDERED** that upon completion of all plan payment in the debtors' Chapter 13 plan in bankruptcy case number 13-21073-DOB, the Notice of State Tax Lien ("Tax Lien") No. 1685861, recorded July 27, 2011 with the Midland County Register of Deeds, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtors' Chapter 13 plan in bankruptcy case number 13-21073-DOB, the debtors may record this order with a court-filed affidavit stating completion of plan, with the Midland County Register of Deeds, which will constitute and effectuate the discharge of the Tax Lien.

**IT IS FURTHER ORDERED** that if the debtors fail to complete the debtors' Chapter 13 plan in bankruptcy case number 13-21073-DOB, this order does not affect the validity or enforceability of the two Tax Liens and may not be used in any subsequent bankruptcy case of the debtors either to compel the holder of the two Tax Liens to execute a discharge of the two Tax Liens, or to otherwise act as a discharge of the two Tax Liens.

**IT IS FURTHER ORDERED** that this stipulated order takes precedence over any provision to the contrary in the Chapter 13 plan.

**IT IS FURTHER ORDERED** that the State of Michigan is allowed to file amended priority and unsecured claims to reflect the amount stripped from the Tax Lien.

**IT IS FURTHER ORDERED** that that Michigan Department of Treasury is dismissed from the adversary proceeding with prejudice.